



## MEMORANDUM OPINION

No. 04-11-00743-CV

The Estate of Thomas Edward **FARMER**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2007-PC-0655
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:  November 9, 2011

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they no longer wish to prosecute this appeal. The motion asks that costs of appeal be taxed against the parties who incurred them. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the parties who incurred them. *See id*. 42.1(d).

PER CURIAM